UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                                         CASE NO. 1:23-cr-39

v.

                                                         HON. ROBERT J. JONKER

CARLOS VANCE WATTS,

    Defendant.

_____/

**ORDER**

    The Court has received three more pro se letters from Defendant Watts. Pro se submissions have been the subject of multiple exchanges with the Court. In each instance, the Court has advised Defendant not to send pro se materials while he is represented by counsel. He persists. As on previous occasions, the Court directs that the letters be filed as Exhibits to this Order solely for purposes of maintaining a complete record.

    **IT IS SO ORDERED.**


Dated:   January 9, 2024                        /s/ Robert J. Jonker
                                                    ROBERT J. JONKER
                                                    UNITED STATES DISTRICT JUDGE